**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Jason D. Paddock<br>Doreen Paddock<br><br>Debtors | )<br>)<br>)<br>)<br>)<br>) | Case no. 17-29778<br><br>Chapter 13<br><br>Judge: A. Benjamin Goldgar |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Jason D. Paddock                                               David M Siegel
Doreen Paddock                                              790 Chaddick Dr
301 Forest Dr.                                                   Wheeling, IL 60090
Island Lake, IL 60042

Please take notice that on Friday, October 20, 2017 at 10:00 am, a representative of this office shall appear before the Honorable Judge A. Benjamin Goldgar at the North Branch Court, 1792 Nicole Lane, Round Lake Beach, IL 60073 and present the motion set forth below. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

I certify that this office caused a copy of this notice to be delivered to the above listed debtors by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Wednesday, October 11, 2017.

/s/ Kate Grenda

For: Glenn Stearns, Trustee

---

**OBJECTION TO DISCHARGE UNDER § 1328 (f)**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests that the discharge of the above referenced Debtors be denied and in support thereof, states the following:

1. On October 04, 2017, the debtors filed a petition under Chapter 13.
2. The Debtors received a Chapter 7 discharge in Case Number 14-82728 filed on September 08, 2014
3. The Debtors Are not entitled to a discharge under § 1328(f) because the Debtors received a Chapter 7 discharge in a case filed within 4 years of the filing of the present case..

WHEREFORE, the Trustee prays that the discharge for the above referenced debtors be denied.

Respectfully Submitted;

/s/ Glenn Stearns

For: Glenn Stearns, Trustee

Glenn Stearns, Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888