Form dschjntc

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 17−29778
Chapter: 13
Judge: A. Benjamin Goldgar

In Re:
Jason D. Paddock          Doreen Paddock
301 Forest Dr.            301 Forest Dr.
Island Lake, IL 60042     Island Lake, IL 60042

Social Security / Individual Taxpayer ID No.:
xxx−xx−8048               xxx−xx−4184

Employer Tax ID / Other nos.:

## Notice of Denied, Vacated, Waived, or Revoked Discharge

On October 20, 2017, the Court signed an order:

- ○ Vacating the Discharge
- ● Denying the Discharge
- ○ Revoking the Discharge
- ○ Approving the Waiver of the Discharge

The order applies to:

- ○ Debtor only
- ○ Joint Debtor only
- ● Both Debtors

FOR THE COURT

Dated: October 25, 2017          Jeffrey P. Allsteadt, Clerk
                                 United States Bankruptcy Court

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                       Case No. 17-29778-ABG
Jason D. Paddock                                             Chapter 13
Doreen Paddock
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: dwilliams              Page 1 of 1              Date Rcvd: Oct 25, 2017
                              Form ID: dschjntc            Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2017.
db/jdb         +Jason D. Paddock,   Doreen Paddock,   301 Forest Dr.,   Island Lake, IL 60042-9462
26073942       +Barclays Bank Delaware,   Po Box 8803,   Wilmington, DE 19899-8803
26073943      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
26073945        Centegra Hospital-McHenry,   4300 Medical Center drive,   McHenry, IL 60050
26073946       +Centegra Primary Care LLC,   13707 W. Jackson Street,   Woodstock, IL 60098-3188
26073948       +H & R Accounts Inc,   5320 22nd Ave,   Moline, IL 61265-3627
26073950       +McHenry Radiologists,   3929 Mercy Drive,   McHenry, IL 60050-3151
26073951       +Moberly Regional Medical Center,   1515 Union Ave,   Moberly, MO 65270-9449
26073952       +Oac,   Po Box 500,   Baraboo, WI 53913-0500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
26098903       +E-mail/Text: bankruptcy@hraccounts.com Oct 26 2017 00:22:25    CENTEGRA HOSPITAL,
                 C/O H AND R ACCOUNTS INC,   PO BOX 672,   MOLINE, IL 61266-0672
26073944       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 26 2017 00:20:17    Capital One Auto Finan,
                 3901 Dallas Pkwy,   Plano, TX 75093-7864
26085906       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 26 2017 00:20:26
                 Capital One Auto Finance,,   a division of Capital One, N.A.,   P.O. Box 165028,
                 Irving, TX 75016-5028
26087226       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 26 2017 00:20:00
                 Capital One Auto Finance, a division of Capital On,   P.O. Box 165028,   Irving, TX 75016-5028
26073947       +E-mail/Text: kzoepfel@credit-control.com Oct 26 2017 00:23:27    Credit Control LLC,
                 5757 Phantom Dr. Ste. 330,   Hazelwood, MO 63042-2429
26073949       +E-mail/Text: Harris@ebn.phinsolutions.com Oct 26 2017 00:24:55    Harris,
                 111 West Jackson Boulevard,   Chicago, IL 60604-4135
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
          David M Siegel    on behalf of Debtor 2 Doreen  Paddock davidsiegelbk@gmail.com,
           davidmsiegel@hotmail.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          David M Siegel    on behalf of Debtor 1 Jason D. Paddock davidsiegelbk@gmail.com,
           davidmsiegel@hotmail.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          Glenn B Stearns    mcguckin_m@lisle13.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```