Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 17−29778
Chapter: 13
Judge: A. Benjamin Goldgar

In Re:
   Jason D. Paddock                                 Doreen Paddock
   301 Forest Dr.                                     301 Forest Dr.
   Island Lake, IL 60042                   Island Lake, IL 60042

Social Security / Individual Taxpayer ID No.:
   xxx−xx−8048                                        xxx−xx−4184

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on May 14, 2021

FOR THE COURT

Dated: May 17, 2021                                       <u>Jeffrey P. Allsteadt , Clerk</u>
                                                                               United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re:  
Jason D. Paddock  
Doreen Paddock  
    Debtors

Case No. 17-29778-ABG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: nmolina      Page 1 of 2  
Date Rcvd: May 17, 2021      Form ID: ntcdsm      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason D. Paddock, Doreen Paddock, 301 Forest Dr., Island Lake, IL 60042-9462 |
| 26073945 | | Centegra Hospital-McHenry, 4300 Medical Center drive, McHenry, IL 60050 |
| 26073946 | + | Centegra Primary Care LLC, 13707 W. Jackson Street, Woodstock, IL 60098-3188 |
| 26265186 | + | Frank Velez c/o John P. Dickson, DICKSON LAW GROUP, LLC, 4 E. Terra Cotta Ave., Crystal Lake, IL 60014-3622 |
| 26073950 | + | McHenry Radiologists, 3929 Mercy Drive, McHenry, IL 60050-3151 |
| 26073951 | + | Moberly Regional Medical Center, 1515 Union Ave, Moberly, MO 65270-9449 |
| 26073952 | + | Oac, Po Box 500, Baraboo, WI 53913-0500 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 26421086 | + | EDI: CINGMIDLAND.COM | May 18 2021 01:48:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 26379270 | + | EDI: AAEO.COM | May 18 2021 01:48:00 | Aarons Sales & Leasing, 1015 Cobb Place Blvd., Kennesaw, GA 30144-3672 |
| 26073942 | + | EDI: TSYS2.COM | May 18 2021 01:48:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 26073943 | | EDI: CAPITALONE.COM | May 18 2021 01:48:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 26098903 | + | Email/Text: bankruptcy@avadynehealth.com | May 18 2021 00:29:00 | CENTEGRA HOSPITAL, C/O H AND R ACCOUNTS INC, PO BOX 672, MOLINE, IL 61266-0672 |
| 26073944 | + | EDI: CAPONEAUTO.COM | May 18 2021 01:48:00 | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 26087226 | + | EDI: AISACG.COM | May 18 2021 01:48:00 | Capital One Auto Finance a division, of Capital One N.A. c/o AIS, Portfolio Services LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City OK 73118-7901 |
| 26085906 | + | EDI: AISACG.COM | May 18 2021 01:48:00 | Capital One Auto Finance,, a division of Capital One, N.A., P.O. Box 165028, Irving, TX 75016-5028 |
| 26323354 | | EDI: CAPITALONE.COM | May 18 2021 01:48:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 26202675 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | May 18 2021 00:31:00 | Commonwealth Edison Company, Attn: Bankruptcy Department, 1919 Swift Drive, Oakbrook Terrace, IL 60523-1502 |
| 26418567 | + | Email/Text: bankruptcy@cottonwoodfinancial.com | May 18 2021 00:30:00 | Cottonwood Financial Illinois, LLC, 1901 Gateway Dr Suite 200, Irving, TX 75038-2425 |
| 26073947 | + | Email/Text: clientservices@credit-control.com | | |

Case 17-29778   Doc 45   Filed 05/19/21   Entered 05/19/21 23:13:59   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0752-1 | User: nmolina | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 17, 2021 | Form ID: ntcdsm | Total Noticed: 25 |

| | | | |
|---|---|---|---|
| | | May 18 2021 00:30:00 | Credit Control LLC, 5757 Phantom Dr. Ste. 330, Hazelwood, MO 63042-2429 |
| 26073948 | Email/Text: bankruptcy@avadynehealth.com | | |
| | | May 18 2021 00:29:00 | H & R Accounts Inc, 5320 22nd Ave, Moline, IL 61265 |
| 26073949 | + EDI: PHINHARRIS | | |
| | | May 18 2021 01:48:00 | Harris, 111 West Jackson Boulevard, Chicago, IL 60604-4135 |
| 26435431 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 18 2021 00:52:32 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 26239669 | EDI: PRA.COM | | |
| | | May 18 2021 01:48:00 | Portfolio Recovery Associates, LLC, Successor to BARCLAYS BANK DELAWARE, (BARCLAYCARD), POB 41067, Norfolk, VA 23541 |
| 26142647 | EDI: PRA.COM | | |
| | | May 18 2021 01:48:00 | Portfolio Recovery Associates, LLC, Successor to CAPITAL ONE BANK (USA),N.A., POB 41067, Norfolk, VA 23541 |
| 26264977 | EDI: PRA.COM | | |
| | | May 18 2021 01:48:00 | Portfolio Recovery Associates, LLC, Successor to CAPITAL ONE BANK (USA)N.A., (CAPITAL ONE BANK, N.A.), POB 41067, Norfolk, VA 23541 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 19, 2021         Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David M Siegel | on behalf of Debtor 1 Jason D. Paddock davidsiegelbk@gmail.com  R41057@notify.bestcase.com;johnellmannlaw@gmail.com |
| Glenn B Stearns | mcguckin_m@lisle13.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 3